IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                      Criminal No.6:11CR60014-001

DAVID ALEX SMITH,
    Defendant.

## PRELIMINARY ORDER OF FORFEITURE

In the forfeiture allegation of the Indictment, the United States seeks forfeiture of specific property of the defendant pursuant to 18 U.S.C. § 2251 as property which was used or intended to be used to commit the offenses alleged in Counts One through Twelve of the Indictment.

On October 6, 2011, the defendant, David Alex Smith, pled guilty to Counts One through Twelve of the Indictment and further agreed to the forfeiture of the personal property listed in the forfeiture allegation. By virtue of said guilty plea the United States is entitled to possession of said properties pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

Accordingly, it is hereby ORDERED, DECREED and ADJUDGED:

1. That based upon the guilty plea of the defendant to Counts One through Twelve of the Indictment, the United States is hereby authorized to seize the personal property described as:

    (a)    Dell laptop computer,
             Serial Number YX075A00

    (b)    PNY - 2GB SD memory card

2. The United States shall publish notice of this order pursuant to 18 U.S.C. § 982 (b)(1) and 21 U.S.C. § 853 (n)(1).

3. That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Federal Rules of Criminal Procedure, Rule 32.2(c); 18 U.S.C. § 982 (b)(1); and 21 U.S.C. § 853(n) in which all interests will be addressed.

IT IS SO ORDERED this _6_ day of October, 2011.

HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

APPROVED:

Kyra E. Jenner, Assistant United States
Attorney for Plaintiff, United of America

Morse U. Gist, Jr., Attorney for Defendant,
David Alex Smith

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

OCT 06 2011

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk