IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA,
   Plaintiff,

v.              Criminal No.6:11CR60014-001

DAVID ALEX SMITH,
   Defendant.

## FINAL ORDER OF FORFEITURE

On October 6, 2011, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed. R. Crim. P. 32.2 (b) (Doc. 5). In the Preliminary Order of Forfeiture, the following assets were forfeited to the United States: a Dell laptop computer, Serial Number YX075A00 and a PNY - 2GB SD memory card, pursuant to Title 18, United States Code, Section 2253.

The United States was required to publish notice of this order pursuant to Fed. R. Crim. P. 32.2(b)(6) and 18 U.S.C. § 2253(b), incorporating by reference 21 U.S.C. § 853 (n)(1). On June 15, 2012, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. More than 30 days have passed since the final publication and no third party petitions have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on October 6, 2011, shall become final at this time.

IT IS SO ORDERED this 25th day of June, 2012.

_____
HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

**JUN 2 5 2012**

CHRIS R. JOHNSON, Clerk
By
    Deputy Clerk