IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                        RESPONDENT

                              Criminal No. 11-60014

V.                     Civil No. 14-6051

DAVID ALEX SMITH                                                     MOVANT

### O R D E R

On this 13th day of April 2015, there comes on for consideration the report and recommendation filed in this case on March 16, 2015, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 55). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Smith's 28 U.S.C. § 2255 petition (doc. 46) is hereby DENIED and DISMISSED WITH PREJUDICE. Further, as Smith has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is DENIED.

IT IS SO ORDERED.

                                            /s/ Robert T. Dawson
                                            Honorable Robert T. Dawson
                                            United States District Judge